Application not considered. This court will not ordinarily entertain an application for remedial writs in a civil service matter until an application for relief has been made to the Court of Appeals and denied.

240 So.2d 235

**STATE of Louisiana ex rel. Ronald J. VEILLON**

**v.**

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.**

No. 50923.

Oct. 23, 1970.

Writs refused. The rule of law announced in Boykin v. Alabama, 395 U.S.

238, 89 S.Ct. 1709, 23 L.Ed.2d 274 (1969) is not retroactive. The showing in the application is insufficient to show that the guilty plea was involuntary.